# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REX LEE, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:13-cv-01052-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant's Motion for Leave to take Deposition of Person Confined in Prison (#27), filed November 7, 2013.  Pursuant to Local Rule 7-2, the response deadline was advanced to Wednesday, November 13, 2013.  *See* Min. Order (#28). Plaintiff did not file a response.  "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."  LR 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to take Deposition of Person Confined in Prison (#27) is **granted**.

DATED: November 18, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**