1   BRENDA ENTZMINGER
Nevada Bar No. 9800
2   MARJAN HAJIMIRZAEE
Nevada Bar No. 11984
3   **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4   Las Vegas, Nevada 89101
5   (702) 938-1510

6   *Attorneys for Defendant*
7   *Wal-Mart Stores, Inc.*

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10   REX LEE,                              Case No.:  2:13-cv-01052-JAD-CWH

11                     Plaintiff,

12   v.                                    **STIPULATION AND ORDER FOR**
                                           **DISMISSAL WITH PREJUDICE**
13   WAL-MART STORES, INC., d/b/a WAL-
     MART NEIGHBORHOOD MARKET #5424;
14   DOE INDIVIDUALS 1 through 10; ROE
     CORPORATIONS 11 through 20; and ABC
15   LIMITED LIABILITY COMPANIES 21
     through 30, inclusive,
16
                      Defendants.
17

18        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

19   counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

                                        - 1 -

1   party's own costs and attorney's fees.

2   DATED this 27 day of Nov.            , 2013.          DATED this 12th day of December , 2013.

3   **NETTLES LAW FIRM**                                **PHILLIPS, SPALLAS & ANGSTADT**

4

5   Joel S. Hengstler, Esq.                             Marjan Hajimirzaee Esq.

6   1389 Galleria Drive, Suite 200                      504 South Ninth Street
    Henderson, Nevada 89014                             Las Vegas, Nevada 89101

7   *Attorneys for Plaintiff*                           *Attorneys for Defendant*
    *Rex Lee*                                           *Wal-Mart Stores, Inc.*

8

9

10                                  **ORDER**

11       PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12   **IT IS HEREBY ORDERED**, that the above-captioned matter be dismissed, with

13   prejudice, each party to bear that party's own costs and attorney's fees.

14       In light of this dismissal, all pending Motions are denied as moot and the December

15   23, 2013 status conference is vacated.

16

17       Dated:  December 18, 2013.

18   _____

19   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28